FILED
CLERK
August 23, 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NAOMI REED, on behalf of herself, and all other persons similarly situated,

                 Plaintiff,

-against-

FRIENDS FOR LIFE HOME CARE SERVICES OF BABYLON LLC

                 Defendants.
-----------------------------------------------------------------X

Case No.: 2:21-cv-05293(EK)(JMW)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Naomi Reid ("Plaintiff") and Friends For Life Home Care Services of Babylon LLC ("Defendant"), through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Plaintiff is precluded from bringing any further claims against Defendant under the Fair Labor Standards Act or New York Labor Law, or any federal, state or local law, for unpaid wages, including minimum wages and overtime pay for the period set forth in Plaintiff's Complaint.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF and/or facsimile signatures treated as originals.

Dated: _____, 2023

THE SAMUEL LAW FIRM
*Attorneys for Plaintiff*

By: _____
Michael Samuel, Esq.
1441 Broadway
Suite 6085
New York, New York 10018
(212) 563-9884,
michael@thesamuellawfirm.com

Dated: July 12, 2023

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Defendant*

By: _____
Matthew Cohen, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100
mcohen@kdvlaw.com

**SO ORDERED:**  8/23/2023

/s/: James M. Wicks
Hon. James M. Wicks
U.S. Magistrate Judge
Eastern District of N.Y.